No. D–2587. IN RE DISBARMENT OF TRUM. Disbarment entered. [For earlier order herein, see 562 U. S. 1041.]

No. 10M113. SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT ET AL. *v.* ARIZONA ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 10–947. BANK MELLI IRAN NEW YORK REPRESENTATIVE OFFICE *v.* WEINSTEIN ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 10–8820. GONZALEZ LORA *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [562 U. S. 1268] denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 10–9938. ADAMS *v.* MERCK & CO., INC. C. A. 5th Cir.;
No. 10–10051. ALBAHRI *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist.; and
No. 10–10150. MBAKPOU *v.* COMMITTEE ON ADMISSIONS, DISTRICT OF COLUMBIA COURT OF APPEALS. Ct. App. D. C. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until July 5, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–10637. IN RE ECKSTROM. Petition for writ of habeas corpus denied.

No. 10–10568. IN RE SCHOTZ. Petition for writ of habeas corpus denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9904. IN RE DEL RIO. Petition for writ of mandamus denied.

No. 10–875. HALL ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted.

No. 10–895. GONZALEZ *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-

1004

SION. C. A. 5th Cir. Certiorari granted limited to the following questions: (1) Was there jurisdiction to issue a certificate of appealability under 28 U. S. C. § 2253(c) and to adjudicate petitioner's appeal? (2) Was the application for a writ of habeas corpus out of time under 28 U. S. C. § 2244(d)(1) due to "the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review"?

No. 10–7387. SETSER v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 10–8145. SMITH v. CAIN, WARDEN. Crim. Dist. Ct. La., Orleans Parish. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 10–1020. CONSOLIDATION COAL CO. ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 10–1117. NAGLICH ET AL. v. CAMP ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–1214. FREEDOM FROM RELIGION FOUNDATION v. UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied.

No. 10–1225. BOMBARDIER INC. ET AL. v. DOW CHEMICAL CANADA ULC ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–1227. JOHNSON v. ROBERTS ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–1235. KOVACIC ET AL. v. VILLARREAL ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–1255. COWITT ET UX., INDIVIDUALLY AND AS TRUSTEES FOR THE COWITT FAMILY TRUST v. REILLY ET UX. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–1258. LEDBETTER ET AL. v. FEDERAL AVIATION ADMINISTRATION. C. A. 11th Cir. Certiorari denied.